IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAYD CHARLES MITCHELL,

    Plaintiff,

v.

JAMES ZANNON, et al.

    Defendants.

ORDER

Case No. 25-cv-32-jdp

Plaintiff Shayd Charles Mitchell, has submitted a certified copy of a trust fund account statement in support of the motion for leave to proceed without prepaying the fee. After considering the motion and supporting documentation, the court concludes that plaintiff does not qualify for indigent status.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I find that plaintiff does not qualify as indigent and must prepay the $405 fee for commencing this action.

ORDER

IT IS ORDERED that:

Plaintiff Shayd Charles Mitchells' motion to proceed without prepayment of the filing fee, Dkt. 2, is DENIED.

If by February 20, 2025, plaintiff fails to pay the $405 filing fee or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 30th day of January, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge